**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROGER RIPPS,**

**Plaintiff,**

**v.** **Case No: 5:12-CV-396-Oc-10PRL**

**JPM CHASE BANK N.A., US BANK NATIONAL and DOES 1-100**

**Defendants.**

---

**ORDER**

Pending before the Court is Plaintiff's Request for Entry of Default Against Defendant JPM Chase Bank N.A., US Bank National as Trustee for Structured Asset Securities Corporation Mortgage Pass Through Series 2006-BC2 (Doc. 5), which the Court construes as a motion for entry of Clerk's default.

Pursuant to Rule 55(a), Fed. R. Civ. P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Here, a review of the docket reflects that Defendants filed a Response to the Court's Order to Show Cause (Doc. 8) and a Motion to Dismiss (Doc. 16). Thus, Defendants are responding to this lawsuit and default is inappropriate. Accordingly, Plaintiff's Motion (Doc. 5) is **DENIED**.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on October 9, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties