UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROGER RIPPS,**

    **Plaintiff,**

v.                                                                                                   **Case No: 5:12-CV-396-Oc-10PRL**

**JPM CHASE BANK N.A., US BANK
NATIONAL, DOES 1-100, OCWEN
LOAN SERVICING LLC, NATHAN
BRODNAX and LAW OFFICES OF LES
ZIEVE**

    **Defendants.**

## ORDER

This cause is before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. 30) filed on February 5, 2013.[1] Defendants request an extension of time to respond to Plaintiff's Amended Complaint (Doc. 28), up to and including March 4, 2013. Defendants seek the extension for two reasons: (1) "to avoid any uncertainty and unnecessary motion practice related to whether Defendants' time to respond . . . is calculated according to [Fed. R. Civ. P.] 12 or 15" and (2) because "the allegations in the amended complaint are substantially different than the allegations in the original complaint, and include several new causes of action . . . ." (Doc. 30).

Local Rule 3.09(a) requires a party seeking an extension to show "good cause" for such an extension. Here, Defendants' reasons for seeking the extension establish the required good

---

[1] Notably, on December 6, 2012, the District Judge directed Plaintiff to respond to Defendants' Motion to Dismiss (Doc. 16) within 14 days. (Doc. 25). Plaintiff then filed a Motion for Reconsideration (Doc. 26), which the District Judge denied and granted Plaintiff an additional 30 day extension to respond to Defendants' Motion to Dismiss. (Doc. 27). In response, Plaintiff filed an Amended Complaint (Doc. 28) on January 22, 2013.

cause.  Accordingly, Defendants' Motion (Doc. 30) is **GRANTED**.  On or before **March 4, 2013**, Defendants shall respond to Plaintiff's Amended Complaint (Doc. 28).

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Ocala, Florida on February 12, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Unrepresented Parties
Counsel of Record