UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROGER RIPPS,**

    **Plaintiff,**

v.                                                     Case No: 5:12-CV-396-Oc-10PRL

**JPM CHASE BANK N.A., US BANK NATIONAL, DOES 1-100, OCWEN LOAN SERVICING LLC, NATHAN BRODNAX and LAW OFFICES OF LES ZIEVE**

    **Defendants.**

## ORDER

This cause is before the Court on Defendants Ocwen and U.S. Bank as Trustee's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. 34) filed on February 13, 2013.[1] These Defendants request an extension of time to respond to Plaintiff's Amended Complaint (Doc. 28), from February 19, 2013, up to and including March 18, 2013. Defendants seek the extension for two reasons: (1) because these Defendants retained Mr. Steve Tran, as counsel, on February 12, 2013 and (2) "[i]t will take some time for Mr. Tran to investigate the claims made by Plaintiff in the Amended Complaint, and to adequately prepare a response on behalf of Defendants . . . ." (Doc. 34).

Local Rule 3.09(a) requires a party seeking an extension to show "good cause" for such an extension. Here, Defendants' reasons for seeking the extension establish the required good

---

[1] Notably, on December 6, 2012, the District Judge directed Plaintiff to respond to Defendants' Motion to Dismiss (Doc. 16) within 14 days. (Doc. 25). Plaintiff then filed a Motion for Reconsideration (Doc. 26), which the District Judge denied and granted Plaintiff an additional 30 day extension to respond to Defendants' Motion to Dismiss. (Doc. 27). In response, Plaintiff filed an Amended Complaint (Doc. 28) on January 22, 2013.

cause for a <u>limited</u> extension. Accordingly, Defendants' Motion (Doc. 34) is **GRANTED** to the extent that Ocwen and U.S. Bank shall have until **March 4, 2013**, to respond to Plaintiff's Amended Complaint (Doc. 28).[2]

    **IT IS SO ORDERED.**

    **DONE** and **ORDERED** in Ocala, Florida on February 14, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Unrepresented Parties
Counsel of Record

---

[2] Of note, on February 5, 2013, Defendants JPMorgan Chase Bank, N.A. and **U.S. Bank** (who is one of the same Defendants requesting an extension in the instant Motion) requested an extension of time to respond to Plaintiff's Amended Complaint up to and including **March 4, 2013** (Doc. 30), which the Court granted (Doc. 31).